UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| JERRY ARNETT CULVAHOUSE | ) | BANKRUPTCY NO. 07-40379-REG |
| KIMBERLY ANN CULVAHOUSE | ) | CHAPTER 7 |
| Debtor(s). | ) | |

**NOTICE OF DEPOSIT OF SMALL DIVIDEND**

Comes now the Trustee, Kimberly A. Wright, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim #4 | Wells Fargo Financial Indiana, Inc<br>4137 121st st<br>Urbandale, IA 50323 | $0.95 |
| Claim #6 | Capital One Bank<br>c/o TSYS Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | $2.93 |
| Claim #18 | eCast Settlement Corporation<br>P.O. Box 35480<br>Newark, NJ 071935480 | $3.63 |

Respectfully submitted,

/s/ Kimberly A. Wright
Kimberly A. Wright, Trustee
P.O. Box 377
Lafayette, IN 47902
Telephone: (765) 742-7259
Facsimile: (765) 742-6868
Email: kimberly.gilbert1@frontier.com

**CERTIFICATE OF SERVICE**

       I certify that on December 09, 2010, service of a true and complete copy of the foregoing pleading was made upon:

1. U. S. Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana, 46601
2. Hunter J. Reece, P O Box 252, Fowler, In 47944
3. Wells Fargo Financial Indiana, Inc, 4137 121st St., Urbandale, IA 50323
4. Capital One Bank, c/o TSYS Debt Management, PO Box 5155, Norcross, GA 30091
5. eCast Settlement Corporation, P.O. Box 35480 , Newark, NJ 071935480

by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed, or by electronic mail.

                                       /s/ Kimberly A. Wright
                                       Kimberly A. Wright